UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CRICKET COMMUNICATIONS, INC., ) | |
| ) | |
| Plaintiff ) | |
| ) | No. 3:13-1429 |
| v. ) | Magistrate Judge Bryant |
| ) | |
| NOOR ENTERPRISES, LLC d/b/a ) | |
| WIRELESS MASTERS, *et al.*, ) | |
| ) | |
| Defendants ) | |

### O R D E R

A case management conference by telephone is hereby scheduled for **May 16, 2014, at 10:00 a.m.** Counsel shall call **615-695-2857** to participate in this conference.

It is so **ORDERED**.

/s/  John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge