UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CRICKET COMMUNICATIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:13-cv-01429 |
| ) | |
| NOOR ENTERPRISES, LLC dba ) | |
| WIRELESS MASTERS, CHOUDHRY ) | |
| NAZIR, and LAURA HERRERA, ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING MOTION TO ADMINSTRATIVELY CLOSE CASE

This matter came to be heard upon Plaintiff Cricket Communication Inc.'s Motion to Adminstratively Close Case pending arbitration. Having considered the Motion and arguments of counsel, the Court finds the Motion is well-taken and shall be GRANTED. The clerk is directed to administratively close the case. All proceedings in this action shall be stayed pending arbiration, except that the Court shall retain jurisdiction to enforce its injunction order and the parties may take discovery related to the injunction claims asserted in this action.

The case is subject to reopening by motion of either party.

IT IS SO ORDERED.

_John Bryant USMJ_
UNITED STATES DISTRICT COURT

Date: June 3, 2014

7/3415565.1